IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| USA FOOTBALL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-00274-TWP-MKK |
| | ) |
| FLAG FOOTBALL WORLD | ) |
| CHAMPIONSHIP TOUR, LLC; | ) |
| USA FLAG, LLC; and | ) |
| TRAVIS BURNETT; | ) |
| | ) |
| Defendants. | ) |

> Approved.
> The clerk is directed to transfer this case to the United States District Court for the Eastern District of Texas, Sherman Division which has the pending related case 4:23-cv-00465-ALM.
> TWP
> 6/6/2023

**STIPULATION TO TRANSFER CASE UNDER 28 U.S.C. § 1404(a)**

In reference to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), Or, In The Alternative, Motion to Transfer Venue to the Eastern District of Texas Pursuant to 28 U.S.C. § 1404(a) (D.E. 21), all parties, by counsel, stipulate and consent to transfer of this action to the United States District Court for the Eastern District of Texas, Sherman Division.

The parties advise the Court of a related action pending in that District under Case No. 4:23-cv-00465-ALM.

Dated: June 5, 2023

/s/ Anne K. Ricchiuto
Amie N. Peele (#19523-29)
Anne K. Ricchiuto (#25760-49
apeele@peelelawgroup.com
aricchiuto@peelelawgroup.com
PEELE LAW GROUP, PC
49 Boone Village, Box 299
Zionsville, IN 46077
(202) 964-4500 (Ph)
(202) 964-4502 (Fax)

Louis T. Perry (#25736-49)
Louis.perry@faegredrinker.com

/s/ Todd G. Vare (with permission)
Todd G. Vare
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 231-7735 (Ph)
(217) 231-7388 (Fax)
Todd.vare@btlaw.com

Mark D. Nielsen
Scheef & Stone, LLP
2600 Network Blvd., Suite 400
Frisco, Texas 75034

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian St., Ste. 2500<br>Indianapolis, IN 46204<br>(317) 237-0300 (Ph)<br>(317) 237-1000 (Fax)<br><br>*Attorneys for Plaintiff, USA Football, Inc.* | (214) 472-2100 (Ph)<br>(214) 472-2150 (Fax)<br>Mark. Nielsen@solidcounsel.com<br>(Pro hac admission pending)<br><br>*Attorney for Defendants* |