# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105 | 101 Northwest MLK Boulevard |
| Indianapolis, Indiana | Evansville, Indiana |
| 46204 | 47708 |
| 921 Ohio Street | 121 West Spring Street |
| Terre Haute, Indiana | New Albany, Indiana |
| 47807 | 47150 |

June 6, 2023

United States District Court
Eastern District of Texas
Office of the Clerk
101 East Pecan Street Room 216
Sherman, Texas 75090

Re: USA FOOTBALL, INC. v. FLAG FOOTBALL WORLD CHAMPIONSHIP TOUR, LLC et al
Cause Number: 1:23−cv−00274−TWP−MKK

To Whom it May Concern:

Pursuant to an Order dated June 6, 2023, the above file is being transferred to the United States District Court for the Eastern District of Texas. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Roger A. G. Sharpe

By: s/Larina Fleming
Larina Fleming, Deputy Clerk

cc: Counsel of record